[No. 43030-4-II.   Division Two.   September 17, 2013.]

OAKRIDGE HOMES II, LTD., *Appellant*, v. FIRST-CITIZENS BANK & TRUST COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-09136-3, Katherine M. Stolz, J., entered January 13, 2012. *Reversed* and *remanded* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 43155-6-II.   Division Two.   September 17, 2013.]

JEFFERY KRUGER ET AL., *Appellants*, v. JEFF DANIEL, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-2-00604-9, F. Mark McCauley, J., entered February 15, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Penoyar, JJ.

[No. 43180-7-II.   Division Two.   September 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR F. KERCHER III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-02626-6, Bryan E. Chushcoff, J., entered February 24, 2012. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar, J., and Fearing, J.

[No. 43216-1-II.   Division Two.   September 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. MOYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 11-1-00156-2, George L. Wood, J., entered March 15, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Maxa, JJ.